Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-32, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| ROSE, SHERRIE A. | ) | CASE NO. 08-18098-PHX-RTB |
| Debtor(s) | ) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend checks have been issued and not presented for payment and returned as undeliverable.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 101 | 4/01/11 | Sherrie A. Rose<br>P.O. Box 50013<br>Parks, AZ 86018 | $133.05 |

April 21, 2011  /s/ Lawrence J. Warfield
DATE  Lawrence J. Warfield, Trustee